```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ROBERT ROHRER, | : | CIVIL ACTION |
| Petitioner, | : | NO. 04-3986 |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL., | : | |
| Respondents. | : | |

### O R D E R

**AND NOW**, this **1st** day of **August, 2005,** upon consideration of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (doc. no. 8), and with no objections to the Report and Recommendation having been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is **DENIED** and **DISMISSED**;

3. A Certificate of Appealability is **NOT GRANTED**, due to a lack of probable cause; and

4. Petitioner's motion for appointment of counsel and extension of time (doc. no. 7) is **DENIED**.

**AND IT IS SO ORDERED.**

                                        **EDUARDO C. ROBRENO, J.**